UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:21-cr-00570 |
| | § | |
| PETER MILLER, | § | |
| Defendant. | § | |

## PLEA AGREEMENT – SECOND ADDENDUM

The United States, the Defendant Peter Miller, and Defendant's counsel entered into a Plea Agreement dated February 3, 2022 (Docket No. 29). Defendant pleaded guilty to Count One of the Indictment, which charged him with conspiracy to commit commodities fraud, in violation of Title 18, United States Code, Section 1349.

(1) The parties agree that the Defendant personally obtained $135,788 from the criminal actions described in the factual basis of the Plea Agreement.

(2) The Defendant agrees to tender $135,788 to the United States Marshals Service, and he agrees to the civil forfeiture of the $135,788.

(3) The parties wish to modify the Plea Agreement in accordance with paragraph 29 of that agreement ("Any modification of the plea agreement must be in writing and signed by all parties.").

(4) The United States has decided that it will not seek a restitution order, and the parties have agreed to delete the original contents of paragraph 26 of the Plea Agreement, subtitled "Restitution," which provided that the parties agreed that the restitution owed by the co-conspirators was in the amount of at least $1,500,000.

(5) The parties have agreed to replace the contents of paragraph 26 with the following text, under the subtitle "Forfeiture":

Forfeiture

26. Defendant stipulates and agrees that Defendant obtained $135,788 from his actions as described in the factual basis of the Plea Agreement. Defendant agrees that he will tender $135,788 to the United States Marshals Service via wire or cashier's check within ten (10) days of the date this Second Addendum is fully signed. Defendant agrees to the civil forfeiture (whether administrative or judicial) of the $135,788. Defendant agrees not to file a claim or petition or assist anyone else in filing a claim or petition claiming an interest in the $135,788 tendered to the United States.

(6) The parties wish to modify Paragraph 27 of the Plea Agreement to include at the end: The government does not intend to seek a fine, unless the Court does not order the forfeiture in the full amount requested.

(7) The written Plea Agreement, including its attached Addendum and this Second Addendum, constitutes the complete plea agreement between the United States, Defendant, and Defendant's counsel. No promises or representations have been made by the United States except as set forth in writing therein.

Signed at Miami, Florida, on June 11, 2024.

PETER MILLER
Defendant

APPROVED:

Gregory S. Smith
Ruddy Gregory PLLC
1225 15th St NW
Washington, DC 20005
202-460-3381
Email: gsmith@ruddylaw.com
Attorney for Defendant Peter Miller

2

APPROVED ON _____, 2024:
(Date)

Alamdar S. Hamdani
United States Attorney
Southern District of Texas

By: *[signature]*

Grace Murphy
Assistant United States Attorney
Southern District of Texas
Gmurphy1@usa.doj.gov
(713) 208-5090

Glenn S. Leon
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

*Leslie S. Garthwaite*

Leslie S. Garthwaite
Assistant Chief
Della Sentilles
Trial Attorney
Criminal Division, Fraud Section
della.sentilles@usdoj.gov
(202) 262-7809

3